UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**TROY D. WADE (#305401)**

**VERSUS**

**WARDEN N. BURL CAIN, ET AL.**

**CIVIL ACTION**

**NO. 15-737-JWD-EWD**

## O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report filed on August 24, 2016, to which objections, (Docs. 68 and 69), were filed:

**IT IS ORDERED** that Plaintiff's claims asserted against Defendants Major Slater, E.M.T. Cleveland Cashio, E.M.T. M. Bordelon and David Ankenbrand are dismissed for failure of Plaintiff to serve these Defendants within 120 days as mandated by Fed. R. Civ. P. 4(m).

**IT IS FURTHER ORDERED** that the Motion for Partial Summary Judgment of Defendants Leslie Dupont, Jimmy Smith and Chad Oubre (R. Doc. 37) is granted in part, dismissing Plaintiff's claims asserted against Defendants Dupont, Smith and Oubre in their official capacities for monetary damages, and otherwise denied.

**IT IS FURTHER ORDERED** that Plaintiff's Motions for Summary Judgment (R. Docs. 34 and 45) are denied and this matter is referred back to the Magistrate Judge for further proceedings.

Signed in Baton Rouge, Louisiana, on September 27, 2016.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**